S. F. 1635.3

Iames Skinner his Answer to William Waldren his Reasons of Appeal now presented to the Hon^rd Court of Assistants

First To his first Reason I answer that whereas he saith the goods sued for were left in his own chamber he had hired; to that I say I knew neither whose goods they were nor who had hired the Chamber And whereas he saith I was forewarned and positively ordered not to meddle with them I utterly deny his Assertions I not being forbiden nor ordered by any person about them but hearing of the distress the people there were in I adventured my life for thier relief and being there thought it my duty and an act of Charity to save and secure both persons & Estates as far as I could to my power which I did; amongst which this small parcell in controversy which William Waldron at his returne to Marble-head laid claime unto at which I rejoiced being desireous every person should have his own & accordingly on his demand I tendred him the goods in Controversy provided he would pay me what was meet for saving of them which he refused And for his complaint that he was per that Iudgment Cast to pay ten shillings & costs of Court it is his own fault for if he would have paid me any small Reasonable sum for saving of the goods I should have gladly delivered them to him so that he might have saved y^t Charge or had he now submitted to the righteous Iudgment of the Court Appealed from it would have saved this trouble both to me & himself and he might have had his goods & improved them as he pleased but being thus Causlesly troublesome I hope the Hon^rd Court & Iury will see cause to Confirme the former judgment and allow me something Considerable for my time & Expence it now being a busy season for us fishermen

2 To his Second Reason I answer whereas he saith there is nothing due for Scalvage because he put him self on the work I hope the Hon^rd Court And Iury will be satisfyed by my first answer in reference to my call to put in there at that time and to do my Endeavour to save and secure what I could of the persons & Estates of my friends and Countrymen And whereas he saith I was forbidden I deny it as before and whereas he saith I did not make him acquainted with what I had till he found some of his goods in my house and on my backe I answer I knew not whose they were therefore could not acquainte him that they were his and in that he saith he found some of them on my back I utterly deny it, & Whereas he saith I was ordered to lock the door and to leave the Key w^th Iohn Silman but brought away the key & goods too it is not true for I had no such ord^r neither did I see any key or bring away any but that I adventured my life to save what I could in that juncture of time when the Enemy was upon them and what I did save of his I was ready and willing to deliver to him upon the termes aforesaid all which did appear to the Court appealed from and will I hope appear to this Hon^rd Court & Iury who I doubt not but will do me Iustice in the Case to whom I comitt the result thereof and Subscribe

Yo^r Wors^pps humble serv^t

James skinner ]

## BAKER agt. MARSHFEILD

John Baker plaint. ag^t Samuel Marshfeild Defend^t The plaint. withdrew his action and the Court ordered his entry mony to bee returned him.